# Statement of Limitations, Methodology and Disclaimer
## Regarding the Debtors' Schedules and Statements

On July 20, 2011, Bionol Clearfield, LLC, Bionol Clearfield Holdco, LLC and BioEnergy Holding LLC (each, a "Debtor," and collectively, the "Debtors") each filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). Unless otherwise indicated, this Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules and Statements (the "Statement of Limitations") applies to the Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by each Debtor in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). This Statement of Limitations has been prepared pursuant to section 521 of the Bankruptcy Code, and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors with the assistance of its advisors and is unaudited. Although management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may exist. Because the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the any of the Debtors' chapter 7 cases (the "Chapter 7 Cases"), including, but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. This Statement of Limitations is incorporated by reference in, and comprises an integral part of, each Debtor's Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

Agreements Subject to Confidentiality. There may be instances within the Schedules and Statements where certain information has intentionally been revised and/or redacted due to concerns about the confidential or commercially sensitive nature of certain information or concerns for the privacy of an individual. The revisions will be limited to only what is necessary to protect the Debtors or third party and will provide interested parties with sufficient information to discern the nature of the listing.

Amendment. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements as is necessary and appropriate.

Causes of Action. Despite its reasonable efforts to identify all known assets, the Debtors may not have set forth all of its causes of action or potential causes of action against third parties as assets in its Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action or avoidance actions they may have and neither this Statement of Limitations nor the Schedules and Statements shall be deemed a waiver of any such claim, causes of action or avoidance action or in any way prejudice or impair the assertion of such claims.

Claims Designations. Any failure to designate a claim on the Debtors' Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." The Debtors reserve the right to dispute any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount,

liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."

Net Book Value of Assets. Unless otherwise indicated, the Debtors' assets and liabilities are shown on the basis of its net book value rather than current market values. As a result, amounts ultimately realized may vary from net book value and such variance may be material. Exceptions to this include cash in financial accounts. Attempts to obtain current market valuations of assets would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets and, as a result, have not been attempted in connection with the preparation of the Schedules and Statements.

Excluded Assets and Liabilities. The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, such as goodwill and deferred gains. Other immaterial assets and liabilities may also have been excluded.

Foreign Currency. Unless otherwise indicated, all amounts are reflected in U.S. dollars. Transactions denominated in foreign currency have been converted to U.S. dollars as of the applicable date of the transaction.

Insiders. The Debtors have included all payments made by the Debtors over the 12 months preceding the Petition Date to any individual deemed an "insider." The term "insider" includes but is not limited to: relatives of the Debtors; general partners of the Debtors or their relatives; corporations in which the Debtors are an officer, director, or person in control; officers, directors, and any owner of five percent or more of the voting equity or securities of a corporate Debtor and their relatives; affiliates of the of the Debtors and insiders of such affiliates; and any managing agent of the Debtors. 11 U.S.C. § 101.

Books and Records. Prior to January 2011, the Debtors' books and records were maintained by Myriant Technologies ("Myriant") and or one of its affiliates. As of the date hereof, Myriant has not turned over the books and records for the period prior to January 2011.

SOFA 3b of Bionol Clearfield, LLC. Prior to January 2011, employees were hired and paid by BioEnergy Management Services ("BMS"). Subsequent to January 2011, Automatic Data Processing ("ADP") took over the management of employee payroll. As part of the payroll process, the Debtor funds ADP for all wages and taxes, and ADP facilitates those payments to employees. Those payroll related payments are not included as part of Exhibit SOFA 3b.

SOFA 3c of Bionol Clearfield, LLC. Prior to January 2011, employees were hired and paid by BMS. Accordingly, individual payments to former officers and directors are not included as those payments are included in amounts paid to BMS in Exhibit SOFA 3c.

SOFA 9. Counsel and the financial advisor to the Debtors' prepetition secured lender are listed because the prepetition loan documents call for the Debtors to pay these advisors' fees and expenses.

SOFA 13 of Bionol Clearfield, LLC. There is an agreement in place between the Debtors and Perdue Grain & Oilseed LLC ("Perdue") whereby Perdue is permitted to setoff outstanding accounts receivable against outstanding accounts payable. Precise dates and amounts of setoffs taken by Perdue are currently unknown but will be determined in the future.

SOFA 19c of Bionol Clearfield, LLC. As noted above, prior to January 2011, the Debtors' books and records were maintained by Myriant.

RLF1 4987420v. 4

SOFA 23 of Bionol Clearfield, LLC. All withdrawals or distributions are included in the information provided on Exhibit SOFA 3c.

Schedule B – Personal Property. All financial institution accounts are shown on the basis of bank balance versus net book value.

Schedule D – Creditors Holding Secured Claims. Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercreditor agreement) related to such creditor's claim. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in this Statement of Limitations or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D.

Schedule F – Creditors Holding Unsecured Nonpriority Claims. Schedule F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts, however, are reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of July 20, 2011 (the "Petition Date"). The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each claim, determination of each date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule F.

Schedule G – Executory Contracts. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or overinclusion may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract or other agreement set forth in Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein. Also, Schedule G contains all of the Debtors' executory contracts and agreements as of the Petition Date. It is possible that some of the contracts or agreements listed on Schedule G have expired or otherwise terminated pursuant to their terms since the Petition Date. The presence of a contract or agreement on Schedule G does not constitute an admission by the Debtors that such contract or agreement is an executory contract or unexpired lease.

In some cases, the same supplier or provider may appear multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the Debtors and such supplier or provider.

Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of its business, such as easements, right of way, subordination, nondisturbance and attornment agreements, supplemental

agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents are also not set forth in Schedule G.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including, without limitation, any intercreditor agreement) related to a creditor's claim. Finally, certain of the executory agreements may not have been memorialized and could be subject to dispute.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  **Bionol Clearfield, LLC**

Debtor

Case No. **11-12301**

Chapter **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 31,009,590.27 | | |
| B - Personal Property | Yes | 6 | 63,205,430.27 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 204,760,463.43 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 473,106.60 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 14,671,298.53 | |
| G - Executory Contracts and Unexpired Leases | Yes | 15 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 94,215,020.54 | | |
| Total Liabilities | | | | 219,904,868.56 | |

B6A (Official Form 6A) (12/07)

In re   **Bionol Clearfield, LLC**                                Case No.   **11-12301**
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Bionol Clearfield Ethanol Manufacturing Facility Site**<br>**34.26 Acres**<br>**Located at: 250 Technology Drive, Clearfield, PA**<br>**16830** | **100% Ownership** | - | **31,009,590.27** | **Unknown** |

|  |  |  |
|---|---|---|
| Sub-Total > | **31,009,590.27** | (Total of this page) |
| Total > | **31,009,590.27** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Bionol Clearfield, LLC**                                   Case No.   **11-12301**

                                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TD Banknorth - Construction Escrow Account# *5014 TD Bank, N.A. 31 West 52nd Street New York, NY 10019 (Balance as of July 19, 2011)** | - | 1.93 |
| | | | **TD Banknorth - Revenue Escrow Account# *6012 TD Bank, N.A. 31 West 52nd Street New York, NY 10019 (Balance as of July 19, 2011)** | - | 2,973,497.40 |
| | | | **TD Banknorth - Liq DMG Escrow Account# *8018 TD Bank, N.A. 31 West 52nd Street New York, NY 10019 (Balance as of July 19, 2011)** | - | 0.00 |
| | | | **TD Banknorth - Operating Escrow Account# *9016 TD Bank, N.A. 31 West 52nd Street New York, NY 10019 (Balance as of July 19, 2011)** | - | 1,438.80 |
| | | | **TD Banknorth - Mint DP Ex Escrow Account# *0014 TD Bank, N.A. 31 West 52nd Street New York, NY 10019 (Balance as of July 19, 2011)** | - | 0.00 |

                                                                 Sub-Total >    **2,974,938.13**
                                                              (Total of this page)

  **5**   continuation sheets attached to the Schedule of Personal Property

In re    **Bionol Clearfield, LLC**                             ,      Case No.    **11-12301**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | TD Banknorth - Wrk CP RS Escrow<br>Account# *1012<br>TD Bank, N.A.<br>31 West 52nd Street<br>New York, NY 10019<br>(Balance as of July 19, 2011) | - | 1.78 |
| | | TD Banknorth - Debt Service Res Escrow<br>Account# *2010<br>TD Bank, N.A.<br>31 West 52nd Street<br>New York, NY 10019<br>(Balance as of July 19, 2011) | - | 141.94 |
| | | TD Banknorth - Property Hld Escrow<br>Account# *3018<br>TD Bank, N.A.<br>31 West 52nd Street<br>New York, NY 10019<br>(Balance as of July 19, 2011) | - | 0.00 |
| | | TD Banknorth - Ins CD Prc Escrow<br>Account# *4016<br>TD Bank, N.A.<br>31 West 52nd Street<br>New York, NY 10019<br>(Balance as of July 19, 2011) | - | 0.00 |
| | | TD Banknorth - Ex Prc Escrow<br>Account# *5013<br>TD Bank, N.A.<br>31 West 52nd Street<br>New York, NY 10019<br>(Balance as of July 19, 2011) | - | 0.00 |
| | | TD Banknorth - Blocked Account<br>Account# *4789<br>TD Bank, N.A.<br>31 West 52nd Street<br>New York, NY 10019<br>(Balance as of July 19, 2011) | - | 31,968.57 |
| | | TD Banknorth - TWP LOC<br>Account# *2845<br>TD Bank, N.A.<br>31 West 52nd Street<br>New York, NY 10019<br>(Balance as of July 19, 2011) | - | 526,866.47 |

Sub-Total >     <b>558,978.76</b><br>(Total of this page)

Sheet   **1**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Bionol Clearfield, LLC**                                          Case No.   **11-12301**
_____,
                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | TD Banknorth - Project Escrow Account# *7010 TD Bank, N.A. 31 West 52nd Street New York, NY 10019 (Balance as of July 19, 2011) | - | 0.00 |
| | | Security Deposit with UTLX Tank Cars Union Tank Car Company P.O. Box 91793 Chicago, IL 60693 | - | 35,420.00 |
| | | Department of the Treasury, Alcohol and Tobacco Tax and Trade Bureau Distilled Spirits Bond Department of the Treasury, Alcohol and Tobacco Tax and Trade Bureau 8002 Federal Office Building 550 Main Street Cincinatti, OH 45202-5215 | - | 200,000.00 |
| | | CRG Partners Retainer Fee Paid CRG Partners Group LLC 2 Atlantic Avenue Boston, MA 02110 | - | 100,000.00 |
| | | Capstone Advisory Retainer Fee Paid Capstone Advisory Group, LLC Park 80 West 250 Pehle Avenue Suite 105 Saddle Brook, NJ 07663 | - | 75,000.00 |
| | | Epiq Bankruptcy Solutions, LLC Retainer Fee Paid 757 Third Avenue, Third Floor New York, NY 10017 | - | 8,000.00 |
| | | Richards, Layton & Finger One Rodney Square 920 North King Street Wilmington, DE 19801 | - | 75,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

Sub-Total >        **493,420.00**
(Total of this page)

Sheet  **2**  of  **5**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Bionol Clearfield, LLC**                                         Case No.    **11-12301**

                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable, Perdue Grain & Oilseed LLC | - | 2,345,293.98 |
| | | Other Receivables, Perdue Corn Discount | - | 17,127.99 |
| | | Norfolk Southern Refund Due | - | 26,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

|  | Sub-Total >  (Total of this page) | **2,388,421.97** |
|---|---|---|

Sheet  **3**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bionol Clearfield, LLC**                                ,    Case No.    **11-12301**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Arbitration Award from Getty Breach of Contract Agreement** **Interim Award pending final arbitration ruling, subject to additional amount** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Company Trucks (2) Ford 2009 F150** | - | **42,922.88** |
| | | **Mobile equipment (2)** | - | **11,594.82** |
| | | **Highway Equipment** | - | **3,564.00** |
| | | **Salt Spreader** | - | **2,343.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >      **60,424.70**
(Total of this page)

Sheet  **4**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __Bionol Clearfield, LLC_____,    Case No. __11-12301_____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Computer Equipment** | - | **554,293.14** |
| | | **Office Furniture and Fixtures** | - | **52,050.72** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Plant Equipment** | - | **49,107,889.57** |
| 30. Inventory. | | **Inventory, as of July 20, 2011** | - | **1,664,826.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Other Assets - Debt Issuance Costs** | - | **5,350,187.28** |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 56,729,246.71 |
| Total > | 63,205,430.27 |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Bionol Clearfield, LLC**                             Case No.   **11-12301**

                                                           **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | State Loans | | | | | |
| **Infrastructure Development Loan Fund Comptroller's Office Harrisburg, PA 17108-0884** | | - | | | | | | | |
| | | | | Value $            **0.00** | | | | **1,120,081.31** | **Unknown** |
| Account No. | | | | State Loans | | | | | |
| **Machinery and Equipment Loan Fund Comptroller's Office Harrisburg, PA 17108-0884** | | - | | | | | | | |
| | | | | Value $            **0.00** | | | | **2,849,059.11** | **Unknown** |
| Account No. | | | | 2/6/2008 | | | | | |
| **TD Bank, N.A. as Administrative Agent an 31 West 52nd Street New York, NY 10019** | | - | | Tranche A | | | | | |
| | | | | Value $     **Unknown** | | | | **61,273,668.32** | **Unknown** |
| Account No. | | | | 2/6/2008 | | | | | |
| **TD Bank, N.A. as Administrative Agent an 31 West 52nd Street New York, NY 10019** | | - | | Tranche B | | | | | |
| | | | | Value $     **Unknown** | | | | **36,163,624.64** | **Unknown** |

  **1**    continuation sheets attached

Subtotal                     **101,406,433.38**          **0.00**
(Total of this page)

In re    **Bionol Clearfield, LLC**                                                    Case No.    **11-12301**
_____,
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2/6/2008 | | | | | |
| **TD Bank, N.A. as Administrative Agent an** 31 West 52nd Street New York, NY 10019 | - | | Tranche C | | | | | |
| | | | Value $              Unknown | | | | 33,467,759.78 | Unknown |
| Account No. | | | State Loans | | | | | |
| **The Pennsylvania Industrial Development** Comptroller's Office Harrisburg, PA 17108-0884 | - | | | | | | | |
| | | | Value $              0.00 | | | | 2,326,995.97 | Unknown |
| Account No. | | | 2/6/2008 | | | | | |
| **Wells Fargo Corporate Trust Services as** 4 Penn Center 8th Floor Suite 810 Philadelphia, PA 19103-2819 | - | | Tax Exempt Bonds | | | | | |
| | | | Value $              Unknown | | | | 67,559,274.30 | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 103,354,030.05 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 204,760,463.43 | 0.00 |

B6E (Official Form 6E) (4/10)

In re   **Bionol Clearfield, LLC**                                                    Case No.   **11-12301**
                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                                    **2**   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __Bionol Clearfield, LLC__          Case No. __11-12301__

                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Earned, Unpaid Vacation Time See attached Exhibit E1 | | | | | |
| **Employee Vacation Payable c/o Bionol Clearfield, LLC 250 Technology Drive Clearfield, PA 16830** | - | | | | X | | | | **Unknown** |
| | | | | | | | | 20,991.29 | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to       Subtotal    | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    | 20,991.29 | 0.00 |

**Bionol Clearfield, LLC**
<u>Exhibit E1: Earned, but Unpaid Vacation</u>

| Last Name | First Name | Accrued Amount |
|---|---|---|
| Altemus | Justen | $0.00 |
| Anderson | Randy | $615.74 |
| Baughman | Kevin | $970.20 |
| Bender | Matthew | $0.00 |
| Berg | Baren | $162.99 |
| Berringer | Marc | $325.98 |
| Best | Penny | $0.00 |
| Blackburn | Haley | $326.13 |
| Blackburn | Steven | $260.82 |
| Bona | Michael | $422.28 |
| Buck | Oscar | $0.00 |
| Bumbarger | Emily | $93.18 |
| Clark | Eric J | $403.78 |
| Cole | Roger | $1,144.48 |
| Cutler | Richard | $398.42 |
| Dejohn | Robert | $833.06 |
| Dolan | Eric | $0.00 |
| Donahue | James | $162.78 |
| Ecklund | Mark | $0.00 |
| Engle | Jason A | $0.00 |
| English | Marlene | $571.32 |
| Forster II | David | $833.06 |
| Fry | Barry | $0.00 |
| Gearhart Sr. | Dan | $398.42 |
| Handel | Laura | $438.90 |
| Heichel | Bradley S | $211.14 |
| Heitsenrether | Ryan | $0.00 |
| Hertlein | Ryan | $0.00 |
| Himes | Michael | $289.76 |
| Jackson | Brandon | $0.00 |
| Knepp | Eric | $1,228.92 |
| Kunsman | Matthew | $833.06 |

**Bionol Clearfield, LLC**

Exhibit E1: Earned, but Unpaid Vacation

| Last Name | First Name | Accrued Amount |
|---|---|---:|
| Lanich | Jonathan | $0.00 |
| Little | Jason | $1,039.94 |
| Marchione | Mark | $1,969.51 |
| McCracken | Barry | $0.00 |
| McDole | Steven | $543.30 |
| McFaye | Clifford | $880.90 |
| McGovern | Kyle | $422.28 |
| Mehok | William | $275.38 |
| Michael | Peter | $0.00 |
| Moore | Christopher | $0.00 |
| Owens | Dennis | $689.40 |
| Pennington | Michael | $0.00 |
| Potter | Shay | $111.78 |
| Quick | Shirley | $0.00 |
| Read | Claudia | $0.00 |
| Reid | Joshua | $194.04 |
| Sadley | Kevin | $1,144.48 |
| Scruggs | Michael | $845.92 |
| Shutters | Simon | $880.90 |
| Stratton | William | $149.04 |
| Tomlinson Jr | Richard | $0.00 |
| Vrobel | Lee | $0.00 |
| Wolfel | Jane | $920.00 |
| **Total Employee Vacation Payable:** | | **$20,991.29** |

B6E (Official Form 6E) (4/10) - Cont.

In re __Bionol Clearfield, LLC_____,   Case No. ___11-12301_____

                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Property Taxes Payable | | | | | |
| **Kathy Miller, Tax Collector** **6 S. Front Street** **Clearfield, PA 16830** | - | | | | | | | **Unknown** |
| | | | | | | | **452,115.31** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet _2_ of _2___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 452,115.31 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 473,106.60 | 0.00 |

B6F (Official Form 6F) (12/07)

In re      **Bionol Clearfield, LLC**                                                    ,      Case No. ___**11-12301**_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Claim | | | | |
| ADP, Inc. 504 Clinton Center Dr. Suite 4400 Clinton, MS 39056 | - | | | | | | 34.60 |
| Account No. | | | Trade Claim | | | | |
| Advantage Tank Lines 4366 Mt. Pleasant St. NW Canton, OH 44720 | - | | | | | | 5,371.17 |
| Account No. | | | Trade Claim | | | | |
| AK Energy 15470 Route 6 Warren, PA 16365 | - | | | | | | 110,672.30 |
| Account No. | | | Trade Claim | | | | |
| American Refining Group, Inc. 77 N. Kendall Avenue Bradford, PA 16701 | - | | | | | | 90,404.28 |
| __7__  continuation sheets attached | | | | Subtotal (Total of this page) | | | 206,482.35 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Bionol Clearfield, LLC**                                      Case No. __11-12301__
_____,
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J | C | | | | | |
| Account No. | | | | Trade Claim | | | | |
| **American Yeast Corporation**<br>**2405 North 2nd Street**<br>**Memphis, TN 38127** | - | | | | | | | 7,202.80 |
| Account No. | | | | Trade Claim | | | | |
| **BDI**<br>**PO Box 74493**<br>**8000 Hub Parkway**<br>**Cleveland, OH 44125** | - | | | | | | | 9,372.23 |
| Account No. | | | | Trade Claim | | | | |
| **BioEnergy Management Services**<br>**Two Batterymarch Park**<br>**Quincy, MA 02169** | - | | | | | | X | 54,192.26 |
| Account No. | | | | Disputed Management Agreement | | | | |
| **BioEnergy Management Services**<br>**Two Batterymarch Park**<br>**Quincy, MA 02169** | - | | | | | | X | 2,000,000.00 |
| Account No. | | | | Trade Claim | | | | |
| **Blair County Oil & Supply**<br>**426 Bedford Street**<br>**Hollidaysburg, PA 16648** | - | | | | | | | 2,560.84 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,073,328.13

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bionol Clearfield, LLC**                                        Case No.    **11-12301**
                                                    ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Claim | | | | |
| Brenntag-Operating 81 West Huller Lane Reading, PA 19605 | | - | | | | | 17,504.40 |
| Account No. | | | Accrued Trade Liability | | | | |
| Central Penn Gas PO Box 71208 Philadelphia, PA 19176-6208 | | - | | | | | 33.37 |
| Account No. | | | Accrued Liability | | | | |
| Clearfield Municipal Authority 107 East Market Street Clearfield, PA 16830 | | - | | | | | 6,950.16 |
| Account No. | | | Trade Claim | | | | |
| Danisco US Inc., Genecor Division 3490 Winton Place Rochester, NY 14623 | | - | | | | | 221,886.60 |
| Account No. | | | Trade Claim | | | | |
| Determan Browning 1241 72nd Ave NE Minneapolis, MN 55432 | | - | | | | | 7,563.72 |

Sheet no.   **2**   of   **7**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          253,938.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bionol Clearfield, LLC**                 ,      Case No.   **11-12301**

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Accrued Retainage | | | | |
| Fagen, Inc. 501 West Highway 212 {Accrued Retainage} Granite Falls, MN 56241 | - | | | | | X | 1,953,115.00 |
| Account No. | | | Trade Claim | | | | |
| Gannett Fleming 800 Leonard Street Clearfield, PA 16830 | - | | | | | | 1,427.09 |
| Account No. | | | Trade Claim | | | | |
| Grainger 8211 Bavaria Road Macedonia, OH 44056-2259 | - | | | | | | 3,459.19 |
| Account No. | | | Trade Claim | | | | |
| Lallemand Ethanol 6120 W. Douglas Ave Milwaukee, WI 53218 | - | | | | | | 29,541.15 |
| Account No. | | | Trade Claim | | | | |
| Lowe's 1000 Lowes Blvd Mooresville, NC 28117 | - | | | | | | 3,031.69 |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal                    **1,990,574.12**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bionol Clearfield, LLC**                                           Case No.   **11-12301**
                                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Accrued Legal | | | | |
| McDermott Will & Emery<br>28 State Street<br>Boston, MA 02109 | | - | | X | | | 383,566.75 |
| Account No. | | | Trade Claim | | | | |
| Midwest Laboratories<br>13611 B Street<br>Omaha, NE 68144 | | - | | | | | 6,017.00 |
| Account No. | | | Accrued Other Unsecured | | | | |
| Penelec - OPERATING FUND<br>PO BOX 3687<br>{Accrued Electricity}<br>AKRON, OH 44309-3687 | | - | | | | | 60,551.93 |
| Account No. | | | Accrued Other Unsecured | | | | |
| Perdue Grain & Oilseed LLC<br>PO Box 371255<br>{Accrued DDG Commissions}<br>Pittsburgh, PA 15251 | | - | | | | | 100,262.18 |
| Account No. | | | Trade Claim<br>    Subject to setoff. | | | | |
| Perdue Grain & Oilseed LLC<br>31149 Old Ocean City Road<br>Salisbury, MD 21804 | | - | | | | | 9,373,798.84 |

Sheet no.  **4**   of  **7**   sheets attached to Schedule of                    Subtotal          | 9,924,196.70 |
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bionol Clearfield, LLC**                                          Case No.    **11-12301**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Accrued Construction | | | | |
| R.W. Beck Box 223704 Pittsburgh, PA 15251-2704 | | - | | | | X | 11,828.71 |
| Account No. | | | Trade Claim | | | | |
| RJCorman-Operating PO Box 788 101 RJ Corman Drive Nicholasville, KY 40356 | | - | | | | | 18,960.00 |
| Account No. | | | Trade Claim | | | | |
| SAL CHEMICAL 3036 Birch Drive Weirton, WV 26062 | | - | | | | | 38,611.35 |
| Account No. | | | Accrued Construction | | | | |
| Spectrum Engineering, Inc. 11100 Mead Rd., Ste 110 Baton Rouge, LA 70816 | | - | | | | X | 7,441.90 |
| Account No. | | | Accrued Other Unsecured | | | | |
| SRBC Water Mgmt Fund - Operating P.O. Box 4586 {Accrued Water} Harrisburg, PA 17111-4586 | | - | | | | | 3,000.00 |

Sheet no.  **5**   of  **7**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    79,841.96

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bionol Clearfield, LLC**                   Case No.   **11-12301**

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Trade Claim | | | | |
| **Telvent DTN**<br>**9110 W Dodge Road**<br>**Omaha, NE 68114-3324** | - | | | | | | | 581.00 |
| Account No. | | | | Trade Claim | | | | |
| **U.S. Water Services - OPERATING**<br>**12270 43rd Street NE**<br>**St. Michael, MN 55376** | - | | | | | | | 38,195.15 |
| Account No. | | | | Trade Claim | | | | |
| **Univar-Operating Fund**<br>**627 Sugar Run Road**<br>**Altoona, PA 16601** | - | | | | | | | 11,775.81 |
| Account No. | | | | Trade Claim | | | | |
| **Verizon**<br>**700 Cranberry Woods Drive**<br>**Cranberry Twp., PA 16066** | - | | | | | | | 1,613.32 |
| Account No. | | | | Accrued Trade Liability | | | | |
| **Verizon**<br>**700 Cranberry Woods Drive**<br>**Cranberry Twp., PA 16066** | - | | | | | | | 448.08 |

Sheet no. __6__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal            52,613.36
(Total of this page)

In re    **Bionol Clearfield, LLC**                                     Case No.    **11-12301**
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Claim | | | | |
| **Victory Energy** **10701 E. 126th St. North** **Collinsville, OK 74021** | | - | | | | | 20,584.23 |
| Account No. | | | Trade Claim | | | | |
| **Wells Fargo Bank - OPERATING** **MAC 2741-080** **4 Penn Center, 8th Fl, Suite 810** **Philadelphia, PA 19103-2819** | | - | | | | | 69,739.43 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)            **90,323.66**

Total (Report on Summary of Schedules)            **14,671,298.53**

B6G (Official Form 6G) (12/07)

In re __Bionol Clearfield, LLC__          Case No. ___11-12301___

                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Access<br>34 St. Martin Drive<br>Marlborough, MA 01752 | T1 Line Service Agreement |
| ADP<br>504 Clinton Center Drive<br>Suite 4400<br>Clinton, MS 39056 | Payroll Processing Services Agreement |
| ADP<br>504 Clinton Center Drive<br>Suite 4400<br>Clinton, MS 39056 | Tax Filing Service Authorization |
| ADP<br>504 Clinton Center Drive<br>Suite 4400<br>Clinton, MS 39056 | Account Agreement and Authorization |
| AFCO<br>260 Franklin Street<br>Suite 310<br>Boston, MA 02110 | Commercial Insurance Finance Agreement |
| Air Liquide<br>180 W. Germantown Pike<br>East Norriston, PA 19401-1378 | Letter of intent to Sell CO2 |
| ARCH Insurance Company<br>3100 Broadway<br>Suite 511<br>Kansas City, MA 64111 | Workers Compensation Insurance Policy |
| Arthur J. Gallagher Risk Management Serv<br>125 Broad Street<br>5th Floor<br>Boston, MA 02110 | Insurance - Risk Management Services Letter |
| BDI<br>14 Industrial Drive<br>DuBois, PA 15801 | Consignment Inventory Agreement |
| Best Line Equipment<br>140 Hawbaker Industrial Dr.<br>State College, PA 16803 | JLG Scissor Lift Service Agreement |

**14** ____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Bionol Clearfield, LLC**                   Case No.     **11-12301**

                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Best Line Equipment<br>141 Hawbaker Industrial Dr.<br>State College, PA 16804 | Monthly Rental Agreement for Manlift. Can be returned upon phone call. |
| BioEnergy Management Services, LLC<br>1 Pine Hill Drive<br>Suite 301<br>Quincy, MA 02169 | Administrative Services & Construction Management Agreement |
| BioEnergy Management Services, LLC<br>1 Pine Hill Drive<br>Suite 301<br>Quincy, MA 02169 | Operations & Maintenance Agreement |
| BioEnergy Management Services, LLC<br>1 Pine Hill Drive<br>Suite 301<br>Quincy, MA 02169 | Amended & Restated Administrative Services, Construction management, Operations & Maintenance Subcontract |
| Bionol Property Deed | |
| BMP Systems, Inc.<br>1263 Maple Avenue<br>DuBois, PA 15801 | Copier Equipment Service Contract |
| Cafeteria Plan Advisors, Inc.<br>420 Washington Street<br>Suite 100<br>Braintree, MA 02184 | Section 125 Cafeteria Plan - Flexible Spending Plan Adoption Agreement |
| Canon<br>14904 Collections Center Drive<br>Chicago, IL 60893 | Copier Lease Agreement |
| CCEDC (Clearfield County Economic Develo<br>Clearfield, PA 16830 | Escrow Agreement on purchase of land |
| CCEDC (Clearfield County Economic Develo<br>Clearfield, PA 16830 | Sale of Land Agreement |
| CCEDC (Clearfield County Economic Develo<br>Clearfield, PA 16830 | Bionol Building Roof Warranty Information |
| ChemTreat, Inc.<br>4461 Cox Road<br>Glen Allen, VA 23060 | Perodic Billing Agreement |
| Cintas Corporation<br>2700 Carolean Industrial Drive<br>State College, PA 16801 | Flame Resistant Clothing Service Agreement |

Sheet   **1**   of   **14**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Bionol Clearfield, LLC**                                    Case No.  **11-12301**
_____,
                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Clearfield Borough**<br>**6 South Street**<br>**Clearfield, PA 16830** | **Ethanol Plant UCC Certificate of Occupancy & Use** |
| **Clearfield Borough**<br>**7 South Street**<br>**Clearfield, PA 16831** | **Sewage Planning exemption letter** |
| **Clearfield County Conservation District**<br>**650 Leonard St.**<br>**Clearfield, PA 16830** | **Rj Corman E&S Plan - Soil Disposal Area** |
| **CNB Bank**<br>**1 South Second Street**<br>**Clearfield, PA 16830** | **Bank Resolution for Payroll Checking  - Account Closed** |
| **Connecticut Dept. of Agriculture**<br>**165 Capitol Ave.**<br>**Room G8A**<br>**Hartford, CT O6106** | **Connecticut Dept. of Agriculture** |
| **CRG Partners**<br>**13355 Noel Road**<br>**Suite 1825**<br>**Dallas, TX 75240** | **Management Services Engagement Letter** |
| **CRG Partners**<br>**13355 Noel Road**<br>**Suite 1825**<br>**Dallas, TX 75240** | **Management Services Engagement Letter Amendment** |
| **Dept. Treasury Alcohol and Tobacco Tax a**<br>**550 Main St.**<br>**STE 8002**<br>**Cincinnati, OH 45202** | **Alcohol Fuel Producers Permit** |
| **DTN Corporate Office**<br>**9110 W. Dodge Road**<br>**Omaha, NE 68114** | **Substription Agreement** |
| **Ehrlich  (J.C.)**<br>**119 East College Avenue**<br>**Pleasant Gap, PA 16823-3301** | **Pest Management Control Program** |
| **Energy Management Resources of Missouri,**<br>**1536 NE 96th ST**<br>**Liberty, MO 64068** | **Energy Management Ag** |
| **ERI Solutions, Inc.**<br>**125 N. First Street**<br>**Colwich, KS 67063** | **Safety Program License and Services Agreement** |

Sheet  **2**  of  **14**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re **Bionol Clearfield, LLC** , Case No. **11-12301**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Evolution Markets, Inc** **10 Bank Street** **Suite 410** **White Plains, NY 10606** | **Unexecuted - Brokerage and Advisory Services Agreement** |
| **Examinetics, Inc.** **8900 Indian Creek Parkway** **Suite 500** **Overland Park, KS 66210** | **Hearing and Respirator Fit Testing Services** |
| **Fagen, Inc.** **501 West Highway 212** **PO Box 159** **Granite Falls, MN 56241** | **Design-Build Agreement** |
| **Fagen, Inc.** **501 West Highway 212** **PO Box 159** **Granite Falls, MN 56241** | **Water Pre-Treatment & Fire Protection Systems DBA Agreement** |
| **Fidelity Investments** **100 Crosby Parkway** **Covington, KY 41015-4323** | **Direction Form for Changes** |
| **Fidelity Investments** **101 Crosby Parkway** **Covington, KY 41015-4324** | **Web Access Forms** |
| **Fidelity Investments** **101 Crosby Parkway** **Covington, KY 41015-4324** | **Web Access Forms** |
| **Fidelity Investments** **100 Crosby Parkway** **Covington, KY 41015-4323** | **401(k) Retirement Plan Service Agreement** |
| **FirstEnergy Solutions Corp** **341 White Pond** **Akron, OH 44320** | **Fixed Pricing Agreement** |
| **Gannett Fleming** **800 Leonard Street** **Suite 1** **Clearfield, PA 16830** | **Professional Consulting for ALTA Survey** |
| **GCube** **3101 West Coast Highway** **Suite 100** **Newport Beach, CA 92663** | **Insurance Binder - Gen Liab, Auto, Umbrella** |

Sheet **3** of **14** continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Bionol Clearfield, LLC**                                         Case No.    **11-12301**

_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **GCube**<br>**3101 West Coast Highway**<br>**Suite 100**<br>**Newport Beach, CA 92663** | **Insurance Policy - Property** |
| **GCube**<br>**3101 West Coast Highway**<br>**Suite 100**<br>**Newport Beach, CA 92663** | **Insurance Policy - Automobile** |
| **GCube**<br>**3101 West Coast Highway**<br>**Suite 100**<br>**Newport Beach, CA 92663** | **Insurance Policy - General Liability** |
| **GCube**<br>**3101 West Coast Highway**<br>**Suite 100**<br>**Newport Beach, CA 92663** | **Insurance Policy - Umbrella** |
| **GCube**<br>**3101 West Coast Highway**<br>**Suite 100**<br>**Newport Beach, CA 92663** | **Insurance Binder - Workers Comp** |
| **Getty Petroleum Marketing, Inc.**<br>**1500 Hempstead Turnpike**<br>**East Meadow, NY 11554** | **Tank Car Sublease Agreement - 30 Cars** |
| **Getty Petroleum Marketing, Inc.**<br>**1500 Hempstead Turnpike**<br>**East Meadow, NY 11554** | **Tank Car Sublease Agreement - 20 Cars** |
| **Getty Petroleum Marketing, Inc.**<br>**1500 Hempstead Turnpike**<br>**East Meadow, NY 11554** | **Amended & Restated Ethanol Purchase Agreement** |
| **Guardian Life Insurance Company of Ameri**<br>**7 Hanover Square**<br>**New York, NY 10004** | **Group Dental Insurance Policy** |
| **Guardian Life Insurance Company of Ameri**<br>**7 Hanover Square**<br>**New York, NY 10004** | **Name Change form** |
| **Healy Enterprises, Jack Healy**<br>**19918 314TH Road**<br>**Atchison, KS 66002** | **Independent Contractor Agreement - Sales** |
| **Helmbold & Stewart, Inc**<br>**12 South Third Street**<br>**Clearfield, PA 16830** | **Workers Comp Consultants Letter** |

Sheet ___**4**___ of ___**14**___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Bionol Clearfield, LLC**                                              Case No.     **11-12301**
                                                                  ,
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Helmbold & Stewart, Inc**<br>**12 South Third Street**<br>**Clearfield, PA 16830** | **Employee Benefits Management Consulting Service Agreement** |
| **Highmark Blue Cross Blue Shield**<br>**Fifth Avenue Place**<br>**120 Fifth Avenue**<br>**Pittsburgh, PA 15222-3099** | **Employee Health Insurance Agreement** |
| **Highmark Blue Cross Blue Shield**<br>**Fifth Avenue Place**<br>**120 Fifth Avenue**<br>**Pittsburgh, PA 15222-3099** | **Group Health Plan 16407-00, 70** |
| **Highmark Blue Cross Blue Shield**<br>**Fifth Avenue Place**<br>**120 Fifth Avenue**<br>**Pittsburgh, PA 15222-3099** | **Group Health Plan 16407-01, 71** |
| **Highmark Blue Cross Blue Shield**<br>**Fifth Avenue Place**<br>**120 Fifth Avenue**<br>**Pittsburgh, PA 15222-3099** | **Group Health Program 16407-00, 70** |
| **Highmark Blue Cross Blue Shield**<br>**Fifth Avenue Place**<br>**120 Fifth Avenue**<br>**Pittsburgh, PA 15222-3099** | **Group Health Program 16407-01, 71** |
| **ICM, Inc.**<br>**310 North First Street**<br>**Colwich, KS 67030** | **DCS Annual Service Agreement** |
| **ICM, Inc.**<br>**311 North First Street**<br>**Colwich, KS 67031** | **Mapcon Annual Service Agreement** |
| **ICM, Inc.**<br>**312 North First Street**<br>**Colwich, KS 67032** | **Annual Predictive Maintenance Vibration and Thermography Analysis** |
| **Iridium Clean Energy LLC**<br>**8 Faneuil Hall, North Market**<br>**Third Floor**<br>**Boston, MA 02109** | **Insurance Binder - Property Damage** |
| **Ironshore Holdings, Inc**<br>**75 Federal Street**<br>**Boston, MA 02110** | **Insurance Policy - Environmental** |
| **Ironshore Holdings, Inc**<br>**75 Federal Street**<br>**Boston, MA 02110** | **Insurance Binder - Environmental** |

Sheet __5__ of __14__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     **Bionol Clearfield, LLC**                                          Case No. ___**11-12301**___
_____ ,
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Land O'Lakes Purena Feed LLC** **1080 County Road F West** **Shoreview, MN 55126** | **Termination Agreement** |
| **Land O'Lakes Purena Feed LLC** **1080 County Road F West** **Shoreview, MN 55126** | **Co-Product Marketing Agreement(Terminated via Termination Agreement)** |
| **Lansing Ethanol Services, LLC** **10975 Benson Drive** **Suite 400** **Overland Park, KS 66210** | **Setoff Agreement** |
| **Lansing Trade Group, LLC** **9900 W 109th Street** **Suite 400** **Overland Park, KS 66210** | **Corn Procurement and Consulting Services Agreement (Terminated via Termination Agreement)** |
| **Lansing Trade Group, LLC** **9900 W 109th Street** **Suite 400** **Overland Park, KS 66210** | **Contract Terms & Conditions** |
| **Lansing Trade Group, LLC** **9900 W 109th Street** **Suite 400** **Overland Park, KS 66210** | **Termination Agreement** |
| **Legion Security Services, Inc.** **145 Park Avenue** **Wilkes Barre, PA 18702** | **Security Agreement** |
| **Legion Security Services, Inc.** **145 Park Avenue** **Wilkes Barre, PA 18702** | **Security Agreement** |
| **Legion Security Services, Inc.** **145 Park Avenue** **Wilkes Barre, PA 18702** | **Security Agreement Change Order** |
| **Marathon Advisory** **470 Atlantic Avenue** **4th Floor** **Boston, MA 02210** | **McDermott Will & Emery LLP Getty Arbitration Independent Professional Services** |
| **Matt Olson** **c/o Lock Haven University** **(Student)** **Clearfield, PA 16831** | **Confidentiality Agreement for IT Programing P.O.** |
| **McDermott Will & Emery LLP** **28 State Street** **Boston, MA 02109** | **Professional Services Getty Arbitration use of Marathon Advisory** |

Sheet __6__ of __14__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Bionol Clearfield, LLC**                                          Case No. __11-12301__
_____,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| McGladrey & Pullen, LLP<br>101 Federal Street<br>Suite 1000<br>Boston, MA 02110-1855 | Audit Agreement Letter |
| McGladrey & Pullen, LLP<br>101 Federal Street<br>Suite 1000<br>Boston, MA 02110-1855 | RINs Audit Agreement Letter |
| Mettler Toledo<br>1900 Polaris Parkway<br>Columbus, OH 43240 | Rail and Wet Cake Scale PM's |
| National Union Fire Co of Pittsburgh, PA<br>99 High Street<br>Boston, MA 02110-2320 | Insurance - Directors & Officers Policy (2 policies) |
| Norfolk Southern Railway Company<br>627 North Parkerson Avenue<br>Crowley, LA 70526 | Unexecuted Transportation Agreement |
| NYS Dept. of Agriculture and Markerts, D<br>10B Airline Drive<br>Albany, NY 12235 | New York Commercial Feed Registration |
| PA Dept of Community & Economic Developm<br>1701 Route 70 East<br>Cherry hill, NJ 08034 | Subordination & Intercreditor Agreement |
| PA Dept of Transportation District 2<br>1924 Daisy Street<br>PO Box 342<br>Clearfield, PA 16830 | Highway Occurpancy Permit - 8th Street Entrance |
| PA Dept of Transportation District 3<br>1924 Daisy Street<br>PO Box 342<br>Clearfield, PA 16830 | Electronic Access Agreement (Rail Freight Assistance Program) |
| PA Dept of Transportation District 4<br>1924 Daisy Street<br>PO Box 342<br>Clearfield, PA 16830 | Right-of-Way Plan Approval |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17119 | Permit for Storage and Handling of Combustible Liquids |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17120 | Other Vessel - Storage Fermentation (PA Serial No. 380052V) |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17121 | Water Tube Steam Heating Energy Center (Boiler 2) |

Sheet __7__ of __14__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Bionol Clearfield, LLC**                                 Case No.    **11-12301**

                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17122 | Water Tube Steam Heating Energy Center (Boiler 1) |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17123 | Pressure Vessel - Process Serial No. 380033V |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17124 | Pressure Vessel - Process Serial No. 380035V |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17125 | Pressure Vessel - Process Serial No. 380036V |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17126 | Pressure Vessel - Process Serial No. 380037V |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17127 | Pressure Vessel - Process Serial No. 380034V |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17128 | Pressure Vessel - Process Serial No. 380043V (Condensate Receiver) |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17129 | Pressure Vessel - Process Serial No. 380040V (Air Tank) |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17130 | Pressure Vessel - Process Serial No. 380041V (Air Tank) |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17131 | Pressure Vessel - Process Serial No. 380042V |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17132 | Pressure Vessel - Process Serial No. 380039V |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17133 | Pressure Vessel - Process Serial No. 380044V |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17134 | Pressure Vessel - Process Serial No. 380031V |
| PA Dept. of Labor & Industry<br>Harrisburg, PA 17135 | Pressure Vessel - Process Serial No. 380032V |
| PA Dept. of State<br>Harrisburg, PA 17136 | Certificate of Incorporation |
| PA Dept. of State<br>Harrisburg, PA 17136 | Incorporation File Docements |
| PA Dept. of State<br>Harrisburg, PA 17136 | UCC Financing Statement Amendment. |

Sheet   **8**   of   **14**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Bionol Clearfield, LLC**                                            Case No.   **11-12301**
_____,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| PA Dept. of Transportation<br>Harrisburg, PA 17136 | UCC Financing Statement Amendment. |
| PA Industrial Development Authority<br>1701 Route 70 East<br>Cherry hill, NJ 08034 | Subordination & Intercreditor Agreement |
| PADEP Central Office<br>Rachel Carson State Bldg<br>PO Box 8775<br>Harrisburg, PA 17105 | Submerged Lands License Agreement |
| PADEP Central Office<br>Rachel Carson State Bldg<br>PO Box 8776<br>Harrisburg, PA 17106 | Storage Registration Permit - 17 Permitted tanks with exp in 2014 & 2019 |
| PADEP Central Office<br>Rachel Carson State Bldg<br>PO Box 8777<br>Harrisburg, PA 17107 | Site Specific Installation Permit for Aboveground Storage Tanks |
| PADEP Northcentral Regional Office<br>208 West Third Street<br>Suite 101<br>Williamsport, PA 17701 | PAG 10 - Discharge Permit for Tank Farm Tank Hydrostatic Pressure Test |
| PADEP Northcentral Regional Office<br>209 West Third Street<br>Suite 102<br>Williamsport, PA 17702 | Waterways Obstruction & Encroachment - River Water Design |
| PADEP Northcentral Regional Office<br>210 West Third Street<br>Suite 103<br>Williamsport, PA 17703 | NPDES Stormwater Management Permit for Bionol Plant Site |
| PADEP Northcentral Regional Office<br>210 West Third Street<br>Suite 103<br>Williamsport, PA 17703 | NPDES Stormwater Management Permit for Soil Disposal Plan |
| PADEP Northcentral Regional Office<br>208 West Third Street<br>Suite 101<br>Williamsport, PA 17701 | Air Emissions Plan Approval (Permit No. 17-0063A) |
| PADEP Northcentral Regional Office<br>208 West Third Street<br>Suite 101<br>Williamsport, PA 17701 | Air Emissions Plan Approval (Permit No. 17-0063B) |

Sheet __9__ of __14__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re **Bionol Clearfield, LLC**                                        Case No. ___**11-12301**_____
_____,
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| PADEP Northcentral Regional Office<br>208 West Third Street<br>Suite 101<br>Williamsport, PA 17701 | NPDES Permit - Industrial Wastewater Discharge (Permit No. PA0229211) |
| PADEP Northcentral Regional Office<br>208 West Third Street<br>Suite 101<br>Williamsport, PA 17701 | NPDES Permit - Construction Stormwater Discharge (Permit No. PAG-2 001707013) |
| PADEP Northcentral Regional Office<br>208 West Third Street<br>Suite 101<br>Williamsport, PA 17701 | Surface Water Withdrawal and Consumptive Use Permit-SRBC (Docket No. 20070904) |
| Partners Benefit Group, Inc.<br>5 Crystal Pond Road<br>Southborough, MA 01772 | Letter of Change - All Benefits to Bionol Clearfield, LLC |
| Partners Benefit Group, Inc.<br>5 Crystal Pond Road<br>Southborough, MA 01772 | Business Associate Agreement |
| Penelec (Pennsylvania Electric Company)<br>PO Box 3612<br>Akron, OH 44309-3612 | Line Extension Agreement |
| Penelec (Pennsylvania Electric Company)<br>PO Box 3612<br>Akron, OH 44309-3612 | Amendment to Line Extension Agreement |
| Perdue AgriBusiness, Inc.<br>PO Box 1527<br>Salisbury, MD 21804-1537 | Master Agreement |
| Perdue BioEnergy, LLC<br>PO Box 1527<br>Salisbury, MD 21804-1537 | Lease Agreement Grain Silos |
| Perdue BioEnergy, LLC<br>PO Box 1527<br>Salisbury, MD 21804-1537 | Co-Products Purchase & Marketing Agreement |
| Perdue BioEnergy, LLC<br>PO Box 1527<br>Salisbury, MD 21804-1537 | Feedstock Supply Agreement |
| Peter Huegler<br>c/o Lock Haven University<br>(Professor)<br>Clearfield, PA 16830 | Confidentiality Agreement |

Sheet __10__ of __14__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Bionol Clearfield, LLC**                                                          Case No.   **11-12301**

                                                                    ,
                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| RJ Corman Railroad Company<br>101 RJ Corman Drive<br>PO Box 788<br>Nicholasville, KY 40340 | Track Leas & Railcar Storage Agreement |
| RJ Corman Railroad Company<br>101 RJ Corman Drive<br>PO Box 788<br>Nicholasville, KY 40340 | Siding Lease Agreement |
| RJ Corman Railroad Company<br>P.O. Box 788<br>Nicholasville, KY 40340 | First Amendment to the Siding Lease Agreement. Related to Grains Bldg encroachment. |
| RJ Corman Railroad Company<br>P.O. Box 788<br>Nicholasville, KY 40340 | Pipeline Crossing Agreement |
| RW Beck<br>The Corporate Center East Wing<br>550 Cochituate Road, PO Box 9344<br>Farmingham, MA 01701-9344 | Professional Independent Engineering Service Agreement |
| RW Beck<br>The Corporate Center East Wing<br>550 Cochituate Road, PO Box 9344<br>Farmingham, MA 01701-9344 | Amendment 1 to Professional Independent Engiineering Service Agreement |
| RW Beck<br>The Corporate Center East Wing<br>550 Cochituate Road, PO Box 9344<br>Farmingham, MA 01701-9344 | Amendment 2 to Professional Independent Engiineering Service Agreement |
| Sequent Energy Management, LP<br>1200 Smith Street<br>Suite 900<br>Houston, TX 77002-4374 | Transaction Confirmation Natural Gas Purchase |
| Sequent Energy Management, LP<br>1200 Smith Street<br>Suite 900<br>Houston, TX 77002-4374 | Authorized Persons to make Natural Gas Nominations |
| Shaw Environmental, Inc.<br>6330 Commerce Drive<br>Suite 190<br>Irving, TX 75063 | EPA-Leak Detection and Repair Program and Monitoring Support |
| Shimadzu Scientific Instruments<br>7102 Riverwood Drive<br>Columbia, MD 21046 | Laboratory Service PM Agreement for HPLC's and GC |

Sheet   **11**   of   **14**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Bionol Clearfield, LLC**                              Case No.     **11-12301**

                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Standard Insurance Company**<br>**PO Box 711**<br>**Portland, OR 97207** | **Group Long Term Disability Insurance Policy** |
| **Standard Insurance Company**<br>**PO Box 711**<br>**Portland, OR 97207** | **Group Short Tem Disability Insurance Policy** |
| **Standard Insurance Company**<br>**PO Box 711**<br>**Portland, OR 97207** | **Group Life Insurance Policy** |
| **Susquehanna River Basin Commission**<br>**1721 North Front Street**<br>**Harrisburg, PA 17102-2391** | **Susquehanna River Metering Plan** |
| **TD Bank, N.A.**<br>**11000 Atrium Way**<br>**Mt. Laurel, NJ 08054** | **Corporate Cerfification of Resolution - Blocked Account Agreement** |
| **TD Bank, N.A.**<br>**1701 Route 70 East**<br>**Cherry hill, NJ 08034** | **Clearing Account Agreement** |
| **TD Bank, N.A.**<br>**1701 Route 70 East**<br>**Cherry hill, NJ 08034** | **Subordination & Intercreditor Agreement** |
| **TD Bank, N.A.**<br>**1701 Route 70 East**<br>**Cherry hill, NJ 08034** | **Accounts Agreement** |
| **TD Bank, N.A.**<br>**1701 Route 70 East**<br>**Cherry hill, NJ 08034** | **Exhibit A to Senior Credit Agreement** |
| **TD Bank, N.A.**<br>**1701 Route 70 East**<br>**Cherry hill, NJ 08034** | **Senior Credit Agreement** |
| **TD Bank, N.A.**<br>**1701 Route 70 East**<br>**Cherry hill, NJ 08034** | **Officer's Certificate** |
| **TD Bank, N.A.**<br>**1701 Route 70 East**<br>**Cherry hill, NJ 08034** | **Waiver Amendment & Forbearance Agreement** |
| **TD Bank, N.A.**<br>**1701 Route 70 East**<br>**Cherry hill, NJ 08034** | **Waiver Amendment & Consent Agreement** |

Sheet   **12**   of   **14**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Bionol Clearfield, LLC**                                              Case No. **11-12301**
_____                                      _____
                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| TD Bank, N.A.<br>1701 Route 70 East<br>Cherry hill, NJ 08034 | Blocked Account Agreement |
| TD Bank, N.A.<br>1701 Route 70 East<br>Cherry hill, NJ 08034 | Irrevocable Standby Letter of Credit No SB20003787 (TD Banknorth, NA) |
| TD Bank, N.A.<br>1701 Route 70 East<br>Cherry hill, NJ 08034 | Irrevocable Standby Letter of Credit No 20002469 (TD Banknorth, NA) |
| Thinking Phone Networks<br>196 Broadway<br>Cambridge, MA 02139 | Internet Agreement |
| TRACE Environmental Systems, Inc.<br>7 Park Lake Road<br>Suite 9<br>Sparta, NJ 07871 | Continuous Environmental Monitoring System (CEMS) Support Services |
| TW Phillips Pipeline Corp<br>205 Main Street<br>Butler, PA 16001 | Irrevocable Standby Letter of Credit No SB20003787 (TD Banknorth, NA) |
| TW Phillips Pipeline Corp<br>205 Main Street<br>Butler, PA 16001 | Irrevocable Standby Letter of Credit No 20002469 (TD Banknorth, NA) |
| TW Phillips Pipeline Corp<br>205 Main Street<br>Butler, PA 16001 | Referenced in Pipeline Operating & Transportation Service Agreement |
| TW Phillips Pipeline Corp<br>205 Main Street<br>Butler, PA 16001 | Assignment & Assumption Agreeent |
| TW Phillips Pipeline Corp<br>205 Main Street<br>Butler, PA 16001 | Addendum to Agreement |
| TW Phillips Pipeline Corp<br>205 Main Street<br>Butler, PA 16001 | Pipeline Operating & Transportation Service Agreement |
| Unified Employer Solutions, Inc.<br>12 South Third Street<br>Clearfield, PA 16830 | Employee Benefits Management Consulting Service Agreement |
| Union Tank Car Company<br>591 Ashton Court<br>North Huntingdon, PA 15642 | Rider 2 Car Service Agreement |

Sheet **13** of **14** continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Bionol Clearfield, LLC**                         Case No.    **11-12301**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Union Tank Car Company<br>591 Ashton Court<br>North Huntingdon, PA 15642 | Tank Car Service Agreement |
| Union Tank Car Company<br>591 Ashton Court<br>North Huntingdon, PA 15642 | Tank Car Rider Letter of 5 yr extension A002 |
| US EPA<br>1200 Penn Ave, NW<br>Suite 227, Mail Code 6406J<br>Washington, DC 20460 | Fuel Additive Manufacter Notification |
| US EPA<br>1200 Penn Ave, NW<br>Suite 227, Mail Code 6406J<br>Washington, DC 20460 | Annual Fuel Additive Report |
| US EPA<br>1201 Penn Ave, NW<br>Suite 227, Mail Code 6406J<br>Washington, DC 20461 | Annual Fuel Additive Report |
| US Water Services, Inc.<br>12270 43rd Street NE<br>St. Michael, MN 55376 | Chemical and Technical Services Agreement |
| US Water Services, Inc.<br>12270 43rd Street NE<br>St. Michael, MN 55376 | 30 Day Termination Notice for Chem & Tech Service Agreement |
| VWR International<br>10701 E 126th Street North<br>Collinsville, OK 74021 | TAG Program Lab services |
| Wells Fargo<br>733 Marquette Avenue<br>Suite 700<br>Minneapolis, MN 55402 | Master Lease - various rolling stock / equipment |

Sheet   **14**   of   **14**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re     **Bionol Clearfield, LLC**                             Case No.    **11-12301**

                                            Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **BioEnergy Holding, LLC**<br>**250 Technology Drive**<br>**Clearfield, PA 16830**<br><br>**Bionol Clearfield Holdco, LLC**<br>**250 Technology Drive**<br>**Clearfield, PA 16830** | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Delaware

In re   **Bionol Clearfield, LLC**                       Case No.   **11-12301**

                                    Debtor(s)            Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**38**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 20, 2011**                   Signature    /s/ Michael E. Juniper

                                                **Michael E. Juniper**
                                                **Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.