# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 7 |
| : | |
| BIONOL CLEARFIELD, LLC, *et al.*,[1] : | Case No. 11-12301 (PJW) |
| : | (Jointly Administered) |
| : | Related D.I.: 20 & 32 |
| Debtors. : | Hearing Date: August 9, 2011 @ 4:00 p.m. |
| : | Objection Date: August 5, 2011 @ noon |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO OPERATE THE DEBTORS' BUSINESS FOR A LIMITED TIME PURSUANT TO 11 U.S.C. § 721 *NUNC PRO TUNC* TO JULY 20, 2011

This matter came before the Court on the motion of Alfred T. Giuliano (the "Trustee"), Chapter 7 Trustee for the jointly administered estates of Bionol Clearfield, LLC, *et al.* (the "Debtors" or the "Company"), requesting entry of an order for authority to operate the Debtors' business for a limited time pursuant to 11 U.S.C. § 721 (the "Motion"); and the Court having jurisdiction over the Motion; and having determined that the relief requested in the Motion is in the best interests of the Debtors' estate, its creditors and other parties-in-interest; and it appearing that notice of the Motion was good and sufficient under the particular circumstances; and that other or further notice need not be given; and the Court having read and considered the Motion, objections to the Motion, if any, and arguments of any counsel appearing regarding the relief requested in the Motion at a hearing before the Court; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein;

It is hereby ORDERED that:

1. The Motion is GRANTED in its entirety.

---

[1] The Debtors are the following entities: Bionol Clearfield, LLC a Pennsylvania limited liability company (Fed. EIN 06-1792058), Bionol Clearfield Holdco, LLC, a Delaware limited liability company (Fed. EIN 26-0663473), and BioEnergy Holding, LLC (Fed. EIN 26-0290248).

2. The Trustee is hereby authorized to operate the Debtors' business for a limited period pursuant to 11 U.S.C. § 721, as set forth in the Motion, effective as of July 20, 2011.

3. Nothing contained in this Order shall prohibit the Trustee from seeking further relief pursuant to 11 U.S.C. § 721 to expand or limit the authority provided by this Order.

Dated: Aug. 9, 2011

The Honorable Peter J. Walsh
United States Bankruptcy Judge