# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIONOL CLEARFIELD, LLC, *et al.*, | ) | Case No. 11-12301 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PLEADINGS

PLEASE TAKE NOTICE that POLSINELLI SHUGHART and DRESSMAN BENZINGER LAVELLE PSC hereby enter their appearances on behalf of Flottweg Separation Technology, Inc. ("**Flottweg**") in the above-captioned case. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the attorneys listed below hereby request that all notices given or required to be given in the above-captioned Chapter 11 case be given to and served upon the addresses set forth below.

| | |
|---|---|
| Christopher A. Ward, Esq.<br>Shanti M. Katona, Esq.<br>**POLSINELLI SHUGHART**<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com | Emily Kirtley Hanna, Esq.<br>**DRESSMAN BENZINGER LAVELLE PSC**<br>Thomas More Park<br>207 Thomas More Parkway<br>Crestview Hills, Kentucky 41017<br>Telephone: (859) 341-1881<br>Facsimile: (859) 341-1469<br>ehanna@dbllaw.com |

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall it be deemed to waive Flottweg's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) right to make any objection that may be made to jurisdiction of the Court; (v) right to have

2272763.1

an attorney accept service of process or of a pleading or other paper initiating a contested matter; or (vi) other rights, claims, actions, defenses, setoffs, or recoupments to which Flottweg is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>August 30, 2012 | Respectfully submitted,<br><br>**POLSINELLI SHUGHART**<br><br>  */s/ Shanti M. Katona*  <br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br><br>and<br><br>Emily Kirtley Hanna, Esq.<br>**DRESSMAN BENZINGER LAVELLE PSC**<br>Thomas More Park<br>207 Thomas More Parkway<br>Crestview Hills, Kentucky 41017<br>Telephone: (859) 341-1881<br>Facsimile: (859) 341-1469<br>ehanna@dbllaw.com<br><br>COUNSEL FOR FLOTTWEG SEPARATION TECHNOLOGY, INC. |

## CERTIFICATE OF SERVICE

I, Shanti M. Katona, Esq., of Polsinelli Shughart, hereby certify that on the 30th day of August, 2012, I caused to be served a copy of the **Notice of Appearance and Request for Service of Pleadings** upon the party listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Mark G. McCreary
Fox Rothschild LLP
2000 Market Street
Tenth Floor
Philadelphia, PA 19103-3291

/s/ Shanti M. Katona
Shanti M. Katona (Del. Bar No. 5352)

2272763.1